CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Craig.Nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Nov 15, 2022, 7:26 am
John A. Mannle, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>THE PERSON OF LINDSEY KINNEY,<br>aka "Cowboy." | ) MAG. NO. 22-521 RT<br>)<br>) ORDER GRANTING EX PARTE<br>) MOTION TO UNSEAL CASE WITH<br>) REDACTED DOCUMENTS<br>)<br>)<br>) |

ORDER GRANTING EX PARTE MOTION
TO UNSEAL CASE WITH REDACTED DOCUMENTS

The Court having considered the government's Motion to Unseal Case with

Redacted Documents, and good cause appearing therefor,

IT IS HEREBY ORDERED that the case be unsealed except that the government's proposed redacted Application and Affidavit and proposed redacted Returned Warrant shall be filed publicly and the unredacted originals shall remain sealed.

DATED: November 15, 2022, at Honolulu, Hawaii.



Kenneth J. Mansfield
United States Magistrate Judge